IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA DEMETRIUS BAIRFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>    Defendants. | No. C 14-00050 SBA (PR)<br><br>**ORDER VACATING THE COURT'S JANUARY 30, 2014 ORDER GRANTING LEAVE TO PROCEED IFP; RECLASSIFYING THIS MATTER AS A CIVIL RIGHTS ACTION; AND REASSIGNING IT TO A MAGISTRATE JUDGE** |

In response to the Court's Second Order of Dismissal With Leave to Amend, Petitioner has decided to proceed in this matter by filing a civil rights complaint under 42 U.S.C. § 1983 and a new in forma pauperis application. Dkts. 15, 16. He has also filed a consent to magistrate judge jurisdiction in this matter. Dkt. 17 at 1.

The Clerk of the Court shall vacate the Court's January 30, 2014 Order granting leave to proceed in forma pauperis and shall reclassify this action as a civil rights action. The Clerk shall also randomly reassign this matter to a magistrate judge.

IT IS SO ORDERED.

DATED: 7/23/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.14\Bairfield0050.reassign2MJ&reclasssifyAScr.wpd